IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **COMPASS GROUP USA, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT L. KELLEY,**<br><br>Defendant. | **ORDER GRANTING DEFENDANT'S MOTION OF *PRO HAC VICE* ADMISSION OF LIAM T. O'CONNELL**<br><br>CIVIL ACTION NO. \_3:08CV322_____ |

**THIS CAUSE** having come before the Court on motion of local counsel for Defendant for admission *pro hac vice* of Liam T. O'Connell and it appearing to the Court under Local Rule 83.1(B) that said counsel should be admitted *pro hac vice* as representing the Defendant in this matter.

**IT IS THEREFORE ORDERED** that the motion is granted and that said counsel is admitted to practice before this Court *pro hac vice*.

**IT IS FURTHER ORDERED** that Liam T. O'Connell shall pay the Court the fee required by Local Rule 83.1(B).

**SO ORDERED**.

Signed: July 10, 2008

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge